**720**

Doreen E. CANFIELD, an infant, by Doris A. Canfield, her Guardian ad Litem, and Doris A. Canfield, Individually, Plaintiffs-Appellees-Appellants,

v.

J. C. PENNEY COMPANY, Inc. and Crown Juvenile Products, Inc., Defendants-Appellants-Appellees,

and

Well-Made Baby Products Co., Defendant-Appellee.

Nos. 165, 169, Dockets 32545, 32562.

United States Court of Appeals Second Circuit.

Argued Dec. 5, 1968.

Decided Dec. 11, 1968.

Leonard Feldman, New York City, for plaintiffs-appellees-appellants.

Joseph P. Napoli, New York City (McLaughlin, Fiscella & Biancheri, New York City, on the brief), for defendant-appellant-appellee, J. C. Penney Co., Inc.

Arthur N. Seiff, New York City (Michels, Walton, Cullen & Mele, New York City, on the brief), for defendant-appellant-appellee, Crown Juvenile Products, Inc.

William F. McNulty, New York City (Zweibel, Steger & Foster, New York City, on the brief), for defendant-appellee, Well-Made Baby Products Co.

Before LUMBARD, Chief Judge, FRIENDLY, Circuit Judge, and FRANKEL, District Judge.*

PER CURIAM:

The judgment is affirmed.

UNITED STATES of America ex rel. Ray MEHOLCHICK, Appellant,

v.

Alfred T. RUNDLE, Supt.

No. 16731.

United States Court of Appeals Third Circuit.

Submitted on Briefs Dec. 2, 1968.

Decided Dec. 23, 1968.

Ray Meholchick, pro se.

Stanley Asher Winikoff, William C. Sennett, Atty. Gen., Department of Justice, Harrisburg, Pa., for appellee.

OPINION OF THE COURT

Before HASTIE, Chief Judge, and KALODNER and VAN DUSEN, Circuit Judges.

PER CURIAM.

This is the most recent in a series of groundless federal habeas corpus proceedings instituted by the appellant, a state prisoner serving a life sentence pursuant to a conviction of murder. On the record we find it clear that no claim of constitutional dimensions is asserted.

The judgment of the district court will be affirmed.

* Sitting by designation.